IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT B. CHAMBERS                                            PLAINTIFF

VS.                              CIVIL ACTION NO. 3:08CV636TSL-JCS

CLAIBORNE COUNTY, MISSISSIPPI                                 DEFENDANT

### ORDER

It is hereby ordered that the report and recommendation entered by the magistrate judge on March 13, 2009 is adopted as the order of the court. Accordingly, plaintiff Robert B. Chambers' motion to file an amended complaint (docket entry no. 10) is granted. Plaintiff shall file his amended complaint, which was attached as an exhibit to his motion, on or before April 10, 2009. It is further ordered that defendant's motions to strike (docket entry no. 11) and to dismiss the amended complaint (docket entry no. 12) are denied.

SO ORDERED this the _30th day of March, 2009.

_/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE